IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE A. JOHNSON, : | |
| Plaintiff : | |
| : | |
| vs. : | CIVIL NO. 1:CV-09-0267 |
| : | (Judge Caldwell) |
| WARDEN DOMINICK DEROSE, et al., : | Magistrate Judge Carlson |
| Defendants : | |

*O R D E R*

AND NOW, this 7th day of February, 2011, upon consideration of the report and recommendation of the magistrate judge (doc. 66), filed January 5, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that :

    1. The magistrate judge's report is adopted.

    2. Defendants' motion for summary judgment (doc. 57) is granted.

    3. The Clerk of Court shall enter judgment in favor of the defendants Dominick DeRose and Geoffrey Timothy, and against plaintiff George A. Johnson.

    4. The Clerk of Court shall close this file.

                                          /s/William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge